1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0033-WBS |
|---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | ASSADULLA MOHAMMED KHALIQDAD, | DATE: August 16, 2021 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
15 | Defendant. | |

16

17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.    By previous order, this matter was set for status on August 16, 2021.

21     2.    By this stipulation, defendant now moves to continue the status conference until

22 November 8, 2021 at 9:00 a.m., and to exclude time between August 16, 2021, and November 8, 2021,

23 under Local Code T4.

24     3.    The parties agree and stipulate, and request that the Court find the following:

25           a)    The government has represented that the discovery associated with this case

26 includes approximately 95 pages of investigative reports, criminal history information, search

27 warrant materials, and other documents. The discovery also includes large discovery files

28 containing cell phone downloads and body camera and in-car camera footage that was produced

STIPULATION REGARDING EXCLUDABLE TIME               1
PERIODS UNDER SPEEDY TRIAL ACT

1 to the defense on or about April 29, 2021.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery, to consult with his client, to conduct investigation, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 16, 2021 to November 8, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 10, 2021                                    PHILLIP A. TALBERT
                                                           Acting United States Attorney


                                                            /s/ DAVID W. SPENCER
                                                           DAVID W. SPENCER
                                                           Assistant United States Attorney


Dated:  August 10, 2021                                     /s/ John R. Manning

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

John R. Manning
Counsel for Defendant
ASSADULLA MOHAMMED
KHALIQDAD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE