PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASSADULLA MOHAMMED KHALIQDAD,<br><br>Defendant. | CASE NO. 2:21-CR-0033-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 8, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 8, 2021.

2. By this stipulation, defendant now moves to continue the status conference until January 10, 2022 at 9:00 a.m., and to exclude time between November 8, 2021, and January 10, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 95 pages of investigative reports, criminal history information, search warrant materials, and other documents. The discovery also includes large discovery files containing cell phone downloads and body camera and in-car camera footage that was produced

to the defense on or about April 29, 2021.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review the discovery, to consult with his client, to conduct investigation, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2021 to January 10, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  October 29, 2021          PHILLIP A. TALBERT
                       Acting United States Attorney

                       /s/ DAVID W. SPENCER
                       DAVID W. SPENCER
                       Assistant United States Attorney

Dated:  October 29, 2021          /s/ John R. Manning

        John R. Manning
        Counsel for Defendant
        ASSADULLA MOHAMMED
        KHALIQDAD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE