PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0033-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ASSADULLA MOHAMMED KHALIQDAD, | DATE: January 23, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 23, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 27, 2023 at 9:00 a.m., and to exclude time between January 23, 2023, and March 27, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 95 pages of investigative reports, criminal history information, search warrant materials, and other documents. The discovery also includes large discovery files containing cell phone downloads and body camera and in-car camera footage. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to review the discovery, to consult with his client, to conduct investigation, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2023 to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: January 16, 2023        PHILLIP A. TALBERT
                 United States Attorney

                 /s/ DAVID W. SPENCER
                 DAVID W. SPENCER
                 Assistant United States Attorney

Dated: January 16, 2023        /s/ John R. Manning

John R. Manning
Counsel for Defendant
ASSADULLA MOHAMMED
KHALIQDAD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE