JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
Assadulla M. Khaliqdad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ASSADULLA M. KHALIQDAD,<br><br>    Defendant. | No. CR-S-21-033-WBS<br><br>DEFENDANT'S WAIVER OF APPEARANCE AND ORDER<br><br>Honorable William B. Shubb |

Pursuant to Fed.R.Crim.P. 43, defendant, Assadulla M. Khaliqdad, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when other action is taken by the Court before or after entry of guilty plea (except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence).

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

This waiver of appearance is applicable only as to the status conference scheduled for February 12, 2024.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated: February 8, 2024     Assadulla M. Khaliqdad
                            ASSADULLA M. KHALIQDAD
                            (Original retained by attorney)

I concur in Mr. Khaliqdad's decision to waive his presence at the specified proceeding.

Dated: February 8, 2022     Respectfully submitted,


                             /S/ John R. Manning
                            JOHN R. MANNING
                            Attorney for Defendant
                            Assadulla M. Khaliqdad


## ORDER

IT IS SO ORDERED.

Dated:  February 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE