```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Assadulla M. Khaliqdad
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Assadulla M. Khailiqdad,<br><br>　　　　　Defendant. | Case No.: 2:21 CR 033 WBS<br><br>STIPULATION AND ORDER SETTING THE DEFENDANT'S SENTENCING DATE AND SETTING THE DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: March 24, 2025 (status re: sentencing)<br>Time: 10:00 a.m.<br>Judge: Honorable William B. Shubb |

　　　This matter is presently set for a status conference regarding sentencing on March 24, 2025. The parties are now ready to set both the sentencing date and disclosure/objection schedule. The parties therefore respectfully request Mr. Khaliqdad's judgment and sentencing be set for **July 21, 2025, at 10:00 a.m.** Assistant United States Attorney David Spencer and Senior United States Probation Officer Lynda Moore have been advised of this request and have no objection.

　　　As such, the Parties request the Court adopt the following schedule pertaining to the presentence report:

　　　**Judgment and Sentencing date:**　　　　　　　　　**07/21/25**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(@ 10:00 a.m.)**
　　　Sentencing Memorandum & Reply or
　　　Statement of Non-Opposition:　　　　　　　　　　　07/14/25

///

|  |  |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/07/25 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 06/30/25 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 06/23/25 |
| The (draft) Presentence Report shall be disclosed to counsel no later than: | 06/09/25 |

Dated: March 18, 2025                 /S/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Assadulla M. Khaliqdad

Dated: March 18, 2025                 Michele Beckwith
                                      Acting United States Attorney

                                      by: /S/ David W. Spencer
                                      DAVID W. SPENCER
                                      Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE