JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Assadulla M. Khaliqdad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21 CR 033 WBS |
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING |
| vs. | ) FILING SCHEUDLE |
| Assadulla M. Khaliqdad, | ) Date:  July 21, 2025 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Honorable William B. Shubb |

This matter is set for a judgment and sentencing on July 21, 2025. (ECF 71)  Pursuant to the schedule articulated in ECF 71, sentencing memorandums are due July 14, 2025. The request made herein is to modify the filing schedule so as to allow sentencing memorandums to be filed by/before Wednesday, July 16, 2025, at noon. (This request in no way modifies the presently set date for judgement and sentencing.)  Assistant United States Attorney David W. Spencer was advised of this request and has no objection.

As such, the Parties request the Court adopt the following proposed change to the filing schedule:

Judgment and Sentencing date (no change):    07/21/25
                                             (@ 10:00 a.m.)
*Sentencing Memorandum & Reply or*
*Statement of Non-Opposition:*                *07/16/25*
                                             *(by noon)*

///

| | |
|---|---|
| Dated: July 14, 2025 | /S/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Assadulla M. Khaliqdad |
| Dated: July 14, 2025 | Michele Beckwith<br>Acting United States Attorney<br><br>by: /S/ David W. Spencer<br>DAVID W. SPENCER<br>Assistant United States Attorney |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE