1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  4005 Manzanita Ave, Suite 6-8
   Carmichael, CA 95608
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  Assadulla M. Khaliqdad

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,          ) Case No.: 2:21 CR 033 WBS
10                                     )
                        Plaintiff,     ) STIPULATION AND ORDER MODIFYING THE
11                                     ) JUDGMENT AND SENTENCING DATE AND
   vs.                                 ) ADJUSTING THE FILING SCHEDULE
12                                     )
   Assadulla M. Khaliqdad,            ) Date:  August 4, 2025
13                                     ) Time:  10:00 a.m.
                        Defendant.     ) Judge: Honorable William B. Shubb
14                                     )

15

16       This matter is set for a judgment and sentencing on July 21, 2025. As

17  the Parties were preparing for Mr. Khaliqdad's judgment and sentencing,

18  additional administrative issues were discovered that once addressed, will

19  almost certainly impact Mr. Khaliqdad's sentencing. The Parties believe these

20  issues can be addressed expeditiously. To that end, the Parties request Mr.

21  Khaliqdad's judgment and sentencing be continued to **August 4, 2025, at 10:00**

22  **a.m.**  Assistant United States Attorney David W. Spencer and United States

23  Probation Officer Miranda Lewis were advised of this request and have no

24  objection.  As such, the Parties request the Court adopt the following

25  proposed change to the filing schedule:

26          Judgment and Sentencing date (no change):     08/04/25
                                                          (@ 10:00 a.m.)
27          Sentencing Memorandum & Reply or
            Statement of Non-Opposition:                  07/30/25
28                                                         *(by noon)*

1  Dated: July 16, 2025                        /S/ John R. Manning
                                               JOHN R. MANNING
2                                              Attorney for Defendant
                                               Assadulla M. Khaliqdad
3

4  Dated: July 16, 2025                        Michele Beckwith
                                               Acting United States Attorney
5
                                               by: /S/ David W. Spencer
6                                              DAVID W. SPENCER
                                               Assistant United States Attorney
7

8

9                                    **ORDER**

10

11  IT IS SO FOUND AND ORDERED.

12  Dated:  July 16, 2025

                                     WILLIAM B. SHUBB
13                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28