JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Assadulla M. Khaliqdad

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:21 CR 033 WBS |
| Plaintiff, ) | ORDER SEALING THE REQUEST TO SEAL AND EXHIBITS "D" AND "E" OF DEFENDANT'S SENTENCING MEMORANDUM |
| vs. ) | |
| ASSADULLA M. KHALIQDAD, ) | |
| Defendant. ) | |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Request to file Exhibits "D" and "E" of defendant's sentencing memorandum and Exhibits "D" and "E" of defendant's sentencing memorandum be filed under seal is granted. The Request to File Under Seal and Exhibits "D" and "E" of defendant's sentencing memorandum shall be filed under seal.

Dated: July 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1