UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 04 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00033-WBS |
| ) | |
| Plaintiff, ) | ORDER FOR RELEASE |
| v. ) | OF PERSON IN CUSTODY |
| ) | |
| **ASSADULLA MOHAMMED KHALIQDAD**, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **ASSADULLA MOHAMMED KHALIQDAD** Case 2:21CR00033 WBS from custody for the following reasons:

　　__   Release on Personal Recognizance

　　__   Bail Posted in the Sum of _____

　　__   Unsecured bond

　　__   Appearance Bond with 10% Deposit

　　__   Appearance Bond secured by Real Property

　　__   Corporate Surety Bail Bond

　　**X**   (Other)  Defendant was sentenced to a term of TIME SERVED.

Issued at  Sacramento, CA  on  August 4, 2025  at  10:00  a.m.  .

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing